No. 551. NUNAN v. UNITED STATES, *ante*, p. 912. Rehearing denied. MR. JUSTICE CLARK and MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application.

No. 733. MCCLATCHY BROADCASTING CO. v. FEDERAL COMMUNICATIONS COMMISSION ET AL., *ante*, p. 918. Rehearing denied. THE CHIEF JUSTICE and MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application.

No. 752. JACOBS, DOING BUSINESS AS JACOBS INSTRUMENT CO., v. UNITED STATES, *ante*, p. 904. Rehearing denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application.

No. 872. UNITED STATES v. OLIVER. On petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Solicitor General Rankin* was on the stipulation for the United States. With him on the petition were *Assistant Attorney General Olney* and *Beatrice Rosenberg. Jack Z. Krigel* was on the stipulation for respondent.